B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Maryland**

**IN RE:** Case No. ____________

**Jajack, Kimberly K.** Chapter **7**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 6,831.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 10,400.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 4,300.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 164,130.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,298.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,534.00 |
| | TOTAL | 22 | $ 6,831.00 | $ 178,831.71 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Jajack, Kimberly K.** Case No. ______________
Debtor(s) (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Jajack, Kimberly K. Debtor(s)    Case No. ______ (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on debtor's person | | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account # *** 0519 at Congressional Federal Credit Union, 10461 White Granite Drive, Oakton, VA 22124 | | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Landlord security deposit - Georgian Towers, 8750 Georgia avenue, Silver Spring, MD 20910 | | 1,500.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Bedroom set | | 750.00 |
| | | Home furnishings -- Sofa $75, coffee table $20, end tables $20, TV $200, lamps $50, picture $10, tree plants $30, books $25, coffee maker $10, crock pot $10, floor lamp $10 | | 1,210.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Debtor's apparel: Suits $100, Trousers $15, Tops $30, Skirts/dresses $150, Shoes $30, Coats $30 | | 355.00 |
| 7. Furs and jewelry. | | Pearl necklace & bracelet $20, earrings $10, misc. costume jewelry $40 | | 70.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Ice skates | | 20.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | | Annuity from personal injury claim (1985/86), no value to bankruptcy estate. Debtor receives payment of $1,000 per year, not assignable. | | 1.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Jajack, Kimberly K.** Case No. ____________
Debtor(s) (If known)

## SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Possible tax refund 2011** | | **1,500.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Personal injury claim c/o Steven Dorne, Esquire, 200A Monroe St., Rockville, MD 20850** | | **unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Toyota Camry, 205000 miles, fair condition** | | **1,200.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Jajack, Kimberly K.** Case No. ____________
Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Misc. personal property of little or no value to bankruptcy estate** | | **100.00** |
| | | | TOTAL | **6,831.00** |

**0** continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE Jajack, Kimberly K. Debtor(s)  Case No. ____ (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Cash on debtor's person | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 25.00 | 25.00 |
| Checking account # *** 0519 at Congressional Federal Credit Union, 10461 White Granite Drive, Oakton, VA 22124 | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 100.00 | 100.00 |
| Landlord security deposit - Georgian Towers, 8750 Georgia avenue, Silver Spring, MD 20910 | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 1,500.00 | 1,500.00 |
| Bedroom set | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(b)(5) | 750.00 | 750.00 |
| Home furnishings -- Sofa $75, coffee table $20, end tables $20, TV $200, lamps $50, picture $10, tree plants $30, books $25, coffee maker $10, crock pot $10, floor lamp $10 | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(b)(4)<br>Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 1,000.00<br>210.00 | 1,210.00 |
| Debtor's apparel: Suits $100, Trousers $15, Tops $30, Skirts/dresses $150, Shoes $30, Coats $30 | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 355.00 | 355.00 |
| Pearl necklace & bracelet $20, earrings $10, misc. costume jewelry $40 | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 70.00 | 70.00 |
| Ice skates | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 20.00 | 20.00 |
| Annuity from personal injury claim (1985/86), no value to bankruptcy estate. Debtor receives payment of $1,000 per year, not assignable. | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 1.00 | 1.00 |
| Possible tax refund 2011 | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 1,500.00 | 1,500.00 |
| Personal injury claim c/o Steven Dorne, Esquire, 200A Monroe St., Rockville, MD 20850 | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(b)(2) | 250,000.00 | unknown |
| 1995 Toyota Camry, 205000 miles, fair condition | Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(f) | 1,200.00 | 1,200.00 |
| Misc. personal property of little or no value to bankruptcy estate | Annotated Code of Maryland, Commercial Law § 15-601.1<br>Annotated Code of Maryland, Courts & Judicial Proceedings § 11-504(b)(5) | 75%<br>100.00 | 100.00 |

** Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Jajack, Kimberly K.** Debtor(s) Case No. ____ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ammerman, Matthew, MD<br>Wash. Neurological Asssociates<br>5215 Loughboro Road, NW<br>Washington, DC 20016** | | | **Medical / dental / hospital services**<br>VALUE $ | | **X** | | **unknown** | |
| ACCOUNT NO.<br>**Creative Financing<br>6264 Montrose Road<br>Rockville, MD 20852** | | | **Advance for medical claim - secured by Authzn & Assmt**<br>VALUE $ | | | | **3,000.00** | **3,000.00** |
| ACCOUNT NO.<br>**Grover, Christie & Merritt<br>PO Box 791038<br>Baltimore, MD 21279** | | | **Medical / dental / hospital services**<br>VALUE $ | | **X** | | **unknown** | |
| ACCOUNT NO.<br>**Loan Max<br>3401 Mt. Vernon Avenue<br>Alexandria, VA 22305** | | | **Non PMSI auto loan**<br>VALUE $ **1,200.00** | | | | **5,000.00** | **3,800.00** |
| **1** continuation sheets attached | | | Subtotal (Total of this page) | | | | $ **8,000.00** | $ **6,800.00** |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Jajack, Kimberly K. Case No. ______ (If known)
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Midatlantic Furniture**<br>**7900 Cedarville Road**<br>**Brandywine, MD 20613** | | | **Bedroom furniture**<br>VALUE $ **750.00** | | | | **2,400.00** | **1,650.00** |
| ACCOUNT NO. **1806**<br>**National Medical Rehab PC**<br>**Suite 309**<br>**3611 Branch Avenue**<br>**Temple Hills, MD 20748** | | | **Medical / dental / hospital services**<br>VALUE $ | | **X** | | **0.00** | |
| ACCOUNT NO.<br>**Pain Management Institute**<br>**Suie 110**<br>**6410 Rockledge Drive**<br>**Bethesda, MD 20817** | | | **Medical / dental / hospital services**<br>VALUE $ | | **X** | | **unknown** | |
| ACCOUNT NO.<br>**Phillips & Green, MD LP**<br>**Suite 604**<br>**2600 Virginia Ave., NW**<br>**Washington, DC 20037** | | | **Medical / dental / hospital services**<br>VALUE $ | | **X** | | **unknown** | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **2,400.00** | $ **1,650.00** |
| Total (Use only on last page) | $ **10,400.00** | $ **8,450.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE Jajack, Kimberly K. Case No. ______________
Debtor(s) (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Jajack, Kimberly K.** Debtor(s) Case No. ______ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6740**<br>**Comptroller Of Maryland**<br>**Income Tax Division**<br>**Annapolis, MD 21411** | | | **Income tax 2008 $834.72**<br>**Income tax 2010 $1,176.00** | | | | **2,010.72** | **2,010.72** | |
| ACCOUNT NO. **7492**<br>**Internal Revenue Service**<br>**Centralized Insolvency Unit**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | | **2008 income tax $1,790.00**<br>**2010 income tax $500.00** | | | | **2,290.00** | **2,290.00** | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**5045 E. Butler Avenue**<br>**Fresno, CA 93888** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims — Subtotal (Totals of this page) | $ **4,300.72** | $ **4,300.72** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **4,300.72** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **4,300.72** | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Jajack, Kimberly K.** Case No. ____________
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aaron Rents**<br>**1015 Cobb Place Blvd NW**<br>**Kennesaw, GA 30144** | | | **Consumer goods and services** | | | | **600.00** |
| ACCOUNT NO. **9220**<br>**Advanced Surgery Center**<br>**PO Box 9195**<br>**Uniondale, NY 11555** | | | **Medical / dental / hospital services** | | | | **1,365.00** |
| ACCOUNT NO. **5210**<br>**Anderson Financial Services LLC**<br>**3501 Mt. Vernon Avenue**<br>**Alexandria, VA 22305** | | | **Auto loan (estimated)** | | **X** | | **7,750.00** |
| ACCOUNT NO. **3457**<br>**Bakshi, Gita C., MD**<br>**9406 Old Georgetown Road**<br>**Bethesda, MD 20814** | | | **Medical / dental / hospital services** | | | | **220.00** |

**8** continuation sheets attached

Subtotal (Total of this page) $ **9,935.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jajack, Kimberly K. Case No. ______
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America**<br>**C/O NCO Financial**<br>**PO Box 7216**<br>**Philadelphia, PA 19126** | | | **Consumer goods and services** | | | | **269.10** |
| ACCOUNT NO. **9834**<br>**Bethesda Emergency Assoc.**<br>**6880 W. Snowville Road**<br>**Suite 210**<br>**Brecksville, OH 44141** | | | **Medical / dental / hospital services** | | | | **445.00** |
| ACCOUNT NO. **9656**<br>**Capital One Bank**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | | **Consumer goods and services** | | | | **1,146.70** |
| ACCOUNT NO.<br>**NCO Financial Systems, Inc.**<br>**PO Box 12100**<br>**Dept. 64**<br>**Trenton, NJ 08650** | | | **Assignee or other notification for:**<br>**Capital One Bank** | | | | |
| ACCOUNT NO. **6416**<br>**Certified Recovery Systems**<br>**6161 Savoy Drive**<br>**Suite 600**<br>**Houston, TX 77036** | | | **Consumer goods and services - disputed** | | | **X** | **240.00** |
| ACCOUNT NO.<br>**Check N Go**<br>**C/O Allgate Financial LLC**<br>**707 Skokie Blvd. Suite 375**<br>**Northbrook, IL 60602** | | | **Consumer goods and services** | | | | **313.00** |
| ACCOUNT NO. **6698**<br>**Citibank NA / Citicorp Credit Svcs**<br>**PO Box 92350**<br>**Albuquerque, NM 87199** | | | **Consumer goods and services** | | | | **751.18** |

Sheet no. **1** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,164.98**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jajack, Kimberly K.** Case No. ____________
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Colesville Towers<br>8811 Colesville Road<br>Silver Spring, MD 20910** | | | **Unpaid rent** | | | | **7,000.00** |
| ACCOUNT NO. **7773**<br>**Colonial Parking<br>1050 Thos.Jefferson St. NW<br>Washington, DC 20007** | | | **Consumer goods and services** | | | | **613.00** |
| ACCOUNT NO. **9313**<br>**District Of Columbia Government<br>Office Of Tax And Revenue<br>1101 4th Street, SW<br>Washington, DC 20024** | | | **Income tax 2005-06 (non-priority)** | | **X** | **X** | **782.60** |
| ACCOUNT NO.<br>**Muni Services LLC<br>190 N. Evergreen Avenue<br>Suite 205<br>Woodbury, NJ 08096** | | | **Assignee or other notification for:<br>District Of Columbia Government** | | | | |
| ACCOUNT NO. **8277**<br>**Fair Collections & Outsourcing<br>12304 Baltimore Ave.<br>Suite E<br>Beltsville, MD 20705** | | | **Consumer goods and services** | | | | **6,314.00** |
| ACCOUNT NO. **7256**<br>**First National Bank Of Marin<br>PO Box 98873<br>Las Vegas, NV 89193** | | | **Consumer goods and services** | | | | **851.00** |
| ACCOUNT NO.<br>**Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123** | | | **Assignee or other notification for:<br>First National Bank Of Marin** | | | | |

Sheet no. **2** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **15,560.60**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jajack, Kimberly K. Case No. ____________
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1075**<br>**Focus Receivables Management**<br>**1130 Northchase Parkway**<br>**Suite 150**<br>**Marietta, GA 30067** | | | **Consumer goods and services (UHaul International)** | | | | **155.61** |
| ACCOUNT NO.<br>**Goldberg, Jonathan, Esq.**<br>**Suite 1209**<br>**5530 Wisconsin Avenue**<br>**Chevy Chase, MD 20815** | | | **Legal services** | | **X** | **X** | **unknown** |
| ACCOUNT NO.<br>**Highmark Medicare Services**<br>**9406 Old Georgetown Road**<br>**Bethesda, MD 20817** | | | **Medical / dental / hospital services** | | | | **220.00** |
| ACCOUNT NO. **3256**<br>**Holy Cross Anesthesiology Assoc PA**<br>**PO Box 64605**<br>**Baltimore, MD 21264** | | | **Medical / dental / hospital services** | | | | **630.00** |
| ACCOUNT NO.<br>**Chase Receivables**<br>**1247 Broadway**<br>**Sonoma, CA 95476** | | | **Assignee or other notification for:**<br>**Holy Cross Anesthesiology Assoc PA** | | | | |
| ACCOUNT NO. **0808**<br>**Holy Cross Hospital**<br>**C/O Nationwide Credit Corp.**<br>**5503 Cherokee Avenue**<br>**Alexandria, VA 22312** | | | **Medical / dental / hospital services** | | | | **1,749.32** |
| ACCOUNT NO.<br>**Computer Credit, Inc.**<br>**640 W. Fourth Street**<br>**PO Box 5238**<br>**Winston-Salem, NC 27113** | | | **Assignee or other notification for:**<br>**Holy Cross Hospital** | | | | |

Sheet no. **3** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,754.93**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Jajack, Kimberly K.** Debtor(s) Case No. ____________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Holy Cross Hospital<br>PO Box 99400<br>Louisville, KY 40269** | | | **Assignee or other notification for:<br>Holy Cross Hospital** | | | | |
| ACCOUNT NO.<br>**Household Credit Services<br>PO Box 98706<br>Las Vegas, NV 89193** | | | **Consumer goods and services** | | | | **500.00** |
| ACCOUNT NO. **7492**<br>**Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 21126<br>Philadelphia, PA 19114** | | | **Income tax 2003 (non-priority)** | | | | **2,661.34** |
| ACCOUNT NO.<br>**Internal Revenue Service<br>Department Of The Treasury<br>Kansas City, MO 64999** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |
| ACCOUNT NO.<br>**Internal Revenue Service<br>31 Hopkins Plaza<br>Baltimore, MD 21201** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |
| ACCOUNT NO.<br>**Tax Division<br>US Department Of Justice<br>Washington, DC 20530** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |
| ACCOUNT NO.<br>**United States Attorney<br>District Of Maryland<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770** | | | **Assignee or other notification for:<br>Internal Revenue Service** | | | | |

Sheet no. **4** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,161.34**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jajack, Kimberly K. Case No. ____________
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0XXX**<br>**Lightwave Communications**<br>**4201 Crums Mill Road**<br>**Harrisburg, PA 17112** | | | **Utilities - Consumer goods and services** | | | **X** | **544.00** |
| ACCOUNT NO. **7196**<br>**MacLeod, Carla B., MD**<br>**PO Box 1259**<br>**Dept. 12867**<br>**Oaks, PA 19456** | | | **Medical / dental / hospital services** | | | | **1,024.00** |
| ACCOUNT NO. **3813**<br>**MCI Communications**<br>**C/O CBCS**<br>**PO Box 163250**<br>**Columbus, OH 43216** | | | **Consumer goods and services** | | | | **348.86** |
| ACCOUNT NO.<br>**AFNI, Inc.**<br>**404 Brock Drive**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | | **Assignee or other notification for: MCI Communications** | | | | |
| ACCOUNT NO.<br>**Meagher, H. Michael, MD**<br>**Suite 407**<br>**4405 East-West Highway**<br>**Bethesda, MD 20814** | | | **Medical / dental / hospital services** | | | | **1,100.00** |
| ACCOUNT NO. **2002**<br>**Pathology Associates Silver Spg.**<br>**PO Box 613**<br>**Frederick, MD 21705** | | | **Medical / dental / hospital services** | | | | **490.11** |
| ACCOUNT NO.<br>**Nationwide Credit Corp.**<br>**5503 Cherkoee Avenue**<br>**Alexandria, VA 22312** | | | **Assignee or other notification for: Pathology Associates Silver Spg.** | | | | |

Sheet no. **5** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,506.97**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jajack, Kimberly K. Case No. ______________
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Physical Therapy Sports Assmts.Ctr.**<br>**Suite 200**<br>**8380 Colesville Road**<br>**Silver Spring, MD 20910** | | | **Consumer goods and services** | | | | **4,625.00** |
| ACCOUNT NO.<br>**Glenn Associates MidAtlantic**<br>**Suite A**<br>**323 Washington Blvd.**<br>**Laurel, MD 20707** | | | **Assignee or other notification for:**<br>**Physical Therapy Sports Assmts.Ctr.** | | | | |
| ACCOUNT NO.<br>**Portfolio Recovery Assoc.**<br>**Suite 100**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | | **Consumer goods and services** | | | | **850.00** |
| ACCOUNT NO. **9116**<br>**Progressive Finance**<br>**11629 S. 700 E**<br>**Suite 250**<br>**Draper, UT 84020** | | | **Consumer goods and services** | | | | **603.21** |
| ACCOUNT NO.<br>**Public Storage**<br>**C/O Allied Interstate, Inc.**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | | | **Consumer goods and services** | | | | **800.00** |
| ACCOUNT NO. **1796**<br>**Quest Diagnostics**<br>**C/O AMCA**<br>**2269 S.Saw Mill River Rd. Bldg. 3**<br>**Elmsford, NY 10523** | | | **Medical / dental / hospital services** | | | | **384.52** |
| ACCOUNT NO.<br>**Rittenhouse Apts.**<br>**6101 16th Street, NW**<br>**Washington, DC 20011** | | | **Rent** | | | | **852.00** |

Sheet no. **6** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,114.73**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jajack, Kimberly K. Case No. ______ (If known)
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fair Collections & Outsourcing<br>6931 Arlington Road<br>Suite 400<br>Bethesda, MD 20814** | | | **Assignee or other notification for:<br>Rittenhouse Apts.** | | | | |
| ACCOUNT NO.<br>**Salmonson, Michelle<br>1203 Elm Wood Avenue<br>Shakopee, MN 55379** | | | **Personal loan** | | | | **11,000.00** |
| ACCOUNT NO.<br>**Social Security Admin.** | | | | | | | **0.00** |
| ACCOUNT NO. **92HA**<br>**Social Security Administraton<br>Office Of Central Operations<br>1500 Woodlawn Drive<br>Baltimore, MD 21241** | | | **Alleged overpayment of benefits (disputed)** | | | **X** | **83,721.70** |
| ACCOUNT NO. **1811**<br>**Suburban Hospital<br>8600 Old Georgetown Road<br>Bethesda, MD 20814** | | | **Medical / dental / hospital services** | | | | **242.50** |
| ACCOUNT NO.<br>**Nationwide Credit Corp.<br>5503 Cherkoee Avenue<br>Alexandria, VA 22312** | | | **Assignee or other notification for:<br>Suburban Hospital** | | | | |
| ACCOUNT NO.<br>**Tidewater Finance Company<br>6520 Indian River Road<br>Virginia Beach, VA 23464** | | | **Auto finance contract, plus costs $72.00 and interest 21.95% from 10/18/2011** | | **X** | | **14,760.22** |

Sheet no. **7** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **109,724.42**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Jajack, Kimberly K. Case No. ____________
Debtor(s) (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Matthew M. Barnes, Esquire**<br>**Attorney For Tidewater Finance Co.**<br>**6520 Indian River Road**<br>**Virginia Beach, VA 23464** | | | **Assignee or other notification for:**<br>**Tidewater Finance Company** | | | | |
| ACCOUNT NO.<br>**TRS Recovery Services, Inc.**<br>**5251 Westheimer Road**<br>**Houston, TX 77056** | | | **Consumer goods and services** | | | | **450.02** |
| ACCOUNT NO.<br>**TRS Recovery Services, Inc.**<br>**PO Box 17450**<br>**Denver, CO 80217** | | | **Assignee or other notification for:**<br>**TRS Recovery Services, Inc.** | | | | |
| ACCOUNT NO.<br>**Waterside Towers UDRT**<br>**907 Sixth Street, SW**<br>**Washington, DC 20024** | | | **Residential rent** | | | | **7,758.00** |
| ACCOUNT NO.<br>**National Credit Systems**<br>**PO Box 312125**<br>**Atlanta, GA 31131** | | | **Assignee or other notification for:**<br>**Waterside Towers UDRT** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **8** of **8** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,208.02**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **164,130.99**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Jajack, Kimberly K. Case No. ______________
Debtor(s) (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Georgian Towers**<br>**8750 Georgia Avenue**<br>**Silver Spring, MD 20910** | **Residential apartment lease through 10/31/2012 at $1,456.00 per month** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

**IN RE** **Jajack, Kimberly K.** Case No. ____________
Debtor(s) (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Jajack, Kimberly K.** Case No. ______
Debtor(s) (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Single** | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Temp** | |
| Name of Employer | **Sparks 7701 Greenbelt Road** | |
| How long employed | **5 months** | |
| Address of Employer | **Greenbelt, MD 20770** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ **4,766.67** | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ **4,766.67** | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ **1,468.14** | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **1,468.14** | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **3,298.53** | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **3,298.53** | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) $ **3,298.53**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Jajack, Kimberly K.** Case No. ______
Debtor(s) (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ **1,456.00** |
| a. Are real estate taxes included? Yes ___ No ✓ | |
| b. Is property insurance included? Yes ___ No ✓ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ **120.00** |
| b. Water and sewer | $ |
| c. Telephone | $ **129.00** |
| d. Other **Cable / TV / Internet** | $ **100.00** |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ **400.00** |
| 5. Clothing | $ **75.00** |
| 6. Laundry and dry cleaning | $ **35.00** |
| 7. Medical and dental expenses | $ **500.00** |
| 8. Transportation (not including car payments) | $ **300.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **50.00** |
| 10. Charitable contributions | $ **200.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ **25.00** |
| b. Life | $ |
| c. Health | $ |
| d. Auto | $ **144.00** |
| e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other | $ |
| | $ |
| | $ |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data. | $ **3,534.00** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ **3,298.53** |
| b. Average monthly expenses from Line 18 above | $ **3,534.00** |
| c. Monthly net income (a. minus b.) | $ **-235.47** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Jajack, Kimberly K.** Case No. ____________________
Debtor(s) (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **24** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 3, 2012** Signature: ***/s/ Kimberly K. Jajack***
**Kimberly K. Jajack**
Debtor

Date: ____________________ Signature: ____________________
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ____________________ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the ____________________ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _______ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: ____________________ Signature: ____________________

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only